July 03, 2009

Mr. Kirk L. Pittard
Durham & Pittard, LLP
P.O. Box 224626
Dallas, TX 75222

Mr. J. Phillip Griffis
Barlow, Jones & Brust
17225 El Camino Real, Suite 400
Houston, TX 77058
Mr. Greg K. Winslett
Quilling, Selander, Cumminskey, Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201

RE: Case Number: 08-0589
 Court of Appeals Number: 08-07-00051-CV
 Trial Court Number: 05-03526

Style: JASON FERGUSON AND BOBBIE FERGUSON
 v.
 BUILDING MATERIALS CORPORATION OF AMERICA, CPC LOGISTICS, INC., AND
 ROBERT JAMES MADDOX

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion and
judgment in the above-referenced cause. The judgment is enclosed. You may
obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like an opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

Enclosure: Judgment
|cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Denise Pacheco|
| | |
| |Mr. St. Clair |
| |Newbern |